**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Bradley Operating Limited Partnership, | Civil No. 05-2557 (RHK/JJG) |
| Plaintiff, | **ORDER** |
| vs. | |
| City of Brooklyn Center, | |
| Defendant. | |

---

Pursuant to the parties' Stipulation to Dismiss Without Prejudice,

**IT IS HEREBY ORDERED** the above-captioned matter is **DISMISSED WITHOUT PREJUDICE**, subject to conversion to a dismissal with prejudice as set forth in the parties' Stipulation to Dismiss Without Prejudice, and without costs, disbursements, or attorneys' fees to any party.

Dated: April 19, 2006

                                                                                     s/Richard H. Kyle
                                                                                     RICHARD H. KYLE
                                                                                     United States District Judge